**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  0:23-cv-62010-AMC

DENISE PAYNE,

    Plaintiff,

v.

COLEMAN POMPANO BEACH, LLC,
a Florida Limited Liability Company,

    Defendant.

_____/

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, DENISE PAYNE, ("Plaintiff"), and Defendant, COLEMAN POMPANO BEACH, LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on April 1, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | / s/ *Romin N. Currier* |
| BEVERLY VIRUES | ROMIN CURRIER, ESQ. |
| Florida Bar No. 123713 | Florida Bar No.: 566985 |
| GARCIA-MENOCAL, P.L. | PINCUS & CURRIER, LLP |
| 350 Sevilla Avenue, Suite 200 | 1555 Palm Beach Lakes, Blvd. |
| Coral Gables, Fl 33134 | Suite 320 |
| Telephone: (305) 553- 3464 | West Palm Beach, FL 33041 |
| Email:  bvirues@lawgmp.com | Tel: (561) 858-1340 |
| *Counsel for Plaintiff* | Fax: (561) 366-1310 |
| | E-Mail: rcurrier@pincusandcurrier.com |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on April 1, 2024.

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com;
aquezada@lawgmp.com


By: ___/s/_Beverly Virues_____
BEVERLY VIRUES
Florida Bar No.: 123713